**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NEW YORK**

MARIO MASIC, ET AL.,

                                              Plaintiff,          **ANSWER**

v.                                                               Case No.: 1:24-CV-00018 (GWC)

TOWN OF FRANKLINVILLE NEW YORK,

                                              Defendants.

Defendants Town of Franklinville New York by and through their attorneys for their

Answer to the Complaint [Dkt #1-1] respond as follows:

1.      Defendant admits the allegations contained in paragraphs numbered "1," "2," "4,"

"150," "151," and "152."

2.      Defendant denies knowledge or information sufficient to form a belief as to the

truth of the allegations contained in paragraphs numbered "5," "6," "7," "11," "12," "17," "18,"

"21," "22," "23," "34," "37," "40," "45," "47," "49," "50," "52," "53," "54," "59," "61," "62,"

"63," "64," "65," "71," "76," "78," "80," "86," "90," "95," "96," "98," "101," "114," "117,"

"118," "121," "123," "124," "126," "127," and "142."

3.      Defendant denies the allegations in paragraphs numbered "3," "8," "9," "10,"

"13," "14," "15," "16," "19," "20," "24," "25," "26," "27," "28," "29," "30," "31," "32," "33,"

"35," "36," "38," "39," "41," "42," "43," "44," "46," "48," "51," "55," "56," "57," "58," "60,"

"66," "67," "68," "69," "70," "72," "73," "74," "75," "77," "79," "81," "82," "83," "84," "85,"

"87," "88," "89," "90," "91," "92," "93," "97," "99," "100," "102," "103," "104," "105," "106,"

"107," "108," "109," "110," "111," "112," "113," "115," "116," "119," "120," "122," "125,"

"128," "129," "130," "131," "132," "133," "134," "135," "136," "137," "138," "139," "140,"

"141," "143," "144," "145," "146," "147," "148," "149," "153," "154," "155," "156," "157," "158," "159," "160," "161," "162," "163," "164," "165," "166," "167," "168," "169," "170," "171," "172," "173," "174," "175," "176," "177," "178," "179," "180," "181," "182," "183," "184," "185," "186," "187," "188," "189," "190," "191," "192," "193," "194," "195," "196," "197," "198," "199," "200," "201," "202," "203," and "204."

4.    Defendants DENY all other allegations in the Complaint not specifically addressed or otherwise fully controverted above.

## FIRST AFFIRMATIVE DEFENSE

5.    The Complaint, and each surviving cause of action therein, fails to state a claim upon which relief can be granted.

## SECOND AFFIRMATIVE DEFENSE

6.    Plaintiffs' claims are barred, in whole or in part, by the applicable statutes of limitations.

## THIRD AFFIRMATIVE DEFENSE

7.    Any remaining claim following the decision by the court on the motion to dismiss, based upon state law, is barred by the failure to file a timely and proper notice of claim.

## FOURTH AFFIRMATIVE DEFENSE

8.    To the extent any alleged unconstitutional actions were undertaken by Town employees or officials, such actions were not the result of any official policy, custom, or practice of the Town of Franklinville, and therefore the Town cannot be held liable under *Monell v. Dep't of Soc. Servs.*, 436 U.S. 658 (1978).

4935-8588-2471, v. 1

## FIFTH AFFIRMATIVE DEFENSE

9.      The individual employees and officials whose conduct forms the basis of Plaintiffs' claims are entitled to qualified immunity because their conduct did not violate clearly established statutory or constitutional rights of which a reasonable person would have known.

## SIXTH AFFIRMATIVE DEFENSE

10.      Plaintiffs' claims are barred, in whole or in part, by the doctrines of waiver, estoppel, and/or unclean hands.

## SEVENTH AFFIRMATIVE DEFENSE

11. Plaintiffs have failed to mitigate their damages, if any.

## EIGHTH AFFIRMATIVE DEFENSE

12.      Plaintiffs' alleged damages, if any, were caused or contributed to by their own culpable conduct or the conduct of third parties over whom the Town had no control.

## NINTH AFFIRMATIVE DEFENSE

13.      Punitive damages are not available against a municipality in an action brought pursuant to 42 U.S.C. § 1983 and are otherwise barred by law.

## TENTH AFFIRMATIVE DEFENSE

14.      Plaintiffs' alleged damages, if any, were proximately caused by intervening or superseding factors, and not by any official act or omission of the Defendant.

## ELEVENTH AFFIRMATIVE DEFENSE

15.      The Town's actions at issue in the Complaint constitute discretionary governmental functions for which liability may not be imposed.

4935-8588-2471, v. 1

## <u>TWELFTH AFFIRMATIVE DEFENSE</u>

16.      Defendant reserves the right to amend this Answer to assert additional affirmative defenses as may be revealed during discovery.

     **WHEREFORE,** Defendants seek judgment dismissing the Complaint in its entirety, together with such other relief permitted by law and that the Court deems just and proper.

**DATED:** September 10, 2025            **HANCOCK ESTABROOK, LLP**

                     By *Frank W. Miller*
                     Frank W. Miller, Esq.
                     *Attorneys for Defendants*
                     1800 AXA Tower I
                     100 Madison Street
                     Syracuse, New York 13202
                     Tel: (315) 565-4560
                     fmiller@hancocklaw.com

4935-8588-2471, v. 1